KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Brian Clayworth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00242-GEB |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: September 16, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Garland E. Burrell |
| BRIAN CLAYWORTH, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Brian Clayworth, through his counsel, KRESTA DALY, that the status conference of September 16, 2011 be vacated and that a status conference be set for January 6, 2012 at 9:00 a.m.

This continuance is being requested because the parties are in the process of plea negotiations and believe that they will have a resolution on this date. It is anticipated that the court will be provided with a plea agreement prior to the January 6, 2012 court appearance.

The parties request that speedy trial time be excluded from the date of this order

///

///

///

1

through the date of the status conference set for January 6, 2012 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 18, 2011    Respectfully submitted,

  s/Kresta Daly
KRESTA DALY
Attorney for Brian Clayworth

DATED: August 18, 2011
  s/Kresta Daly
KYLE REARDON
Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED**.

Dated: August 18, 2011

GARLAND E. BURRELL, JR.
United States District Judge