KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorneys for Brian Clayworth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-CR-00242-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| BRIAN CLAYWORTH, | ) |
| Defendants. | ) |

Defendant Brian Clayworth is currently subject to electronic monitoring as a condition of his pre-trial release. Mr. Clayworth suffers from diverticulosis. He is scheduled to have surgery on this condition on November 4, 2011 at the Kaiser Hospital located on Morse Avenue. His doctor estimates that Mr. Clayworth will be in the hospital between two and ten days after the surgery.

Mr. Clayworth's doctor is aware Mr. Clayworth has an ankle monitor. The doctor has expressed concerns about the ankle monitor possibly interfering with equipment in the operating room although he has not yet informed Mr. Clayworth if he must in fact remove the ankle bracelet during surgery. Pre-trial services has been working with Mr. Clayworth to develop a viable option. At this time the parties contemplate that Mr. Clayworth will be fitted with a GPS unit. It is unclear whether or not Mr. Clayworth will be able to wear the GPS unit during the actual surgery.

1

Because of the electronic monitoring condition Pre-Trial Services does not have legal authority to grant Mr. Clayworth's request absent a court order.

In an abundance of caution the defense is requesting Court order the following:

1. Mr. Clayworth be allowed to be away from home from November 4, 2011 through November 14, 2011 so long as he resides at the Kaiser Hospital located at 2025 Morse Avenue, Sacramento, CA 95825;
2. In the event that it is medically necessary Mr. Clayworth's electronic monitoring device may be removed on November 4, 2011 and replaced as soon as medically possible but in no event no later than upon his release from the hospital.

All other terms and conditions of his pre-trial release will remain in full force and effect. The parties specifically contemplate Mr. Clayworth may not be subjected to electronic monitoring at all times during the period of time he hospitalized.

DATED: October 31, 2011          Respectfully submitted,


  s/Kresta Daly_____
KRESTA DALY
Attorney for Brian Clayworth



DATED: October 31, 2011            s/Kresta Daly_____
KYLE REARDON
Assistant United States Attorney


**O R D E R**

Good cause appearing, it is ordered that Mr. Clayworth be allowed to be away from home from November 4, 2011 through November 14, 2011 so long as he resides at the Kaiser Hospital located at 2025 Morse Avenue, Sacramento, CA 95825;

In the event that it is medically necessary Mr. Clayworth's electronic monitoring device may be removed on November 4, 2011 and replaced as soon as is medically possible but in no event shall it be replaced later than upon his release from the hospital.

**Date: 10/31/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge